IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | | |
|---|---|---|
| MAYTAG CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | No. C04-4067-MWB |
| | ) | |
| vs. | ) | |
| | ) | JUDGMENT |
| ELECTROLUX HOME PRODUCTS, | ) | IN A CIVIL CASE |
| INC., d/b/a/ FRIGIDAIRE, | ) | |
| | ) | |
| Defendant. | ) | |

This action came before the Court. The issues have been decided and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

    Plaintiff, Maytag Corporation, take nothing and Maytag's claims are dismissed.

IT IS FURTHER ORDERED AND ADJUDGED

    Counter Claimant, Electrolux Home Products, Inc., take nothing on Count I of the Counterclaim and that count is dismissed.. Judgment is hereby entered in favor of Counter Claimant, Electrolux Home Products, Inc., on Count II of the Counterclaim that the asserted claims of the '909 patent and the '809 patent are invalid for failure to satisfy the "written description" requirement of 35 U.S.C. § 112, and Claims 26 and 27 of the '909 patent are invalid for failure to satisfy the "enablement requirement of 35 U.S.C. § 112. Any other claim for relief in Count II is dismissed.

Dated: **SEP 1 2 2006**

PRIDGEN J. WATKINS
Clerk

_____
(By) Deputy Clerk

APPROVED BY:

__MWB_____
**MARK W. BENNETT**
**Chief Judge**